## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ] | Chapter 7 Case |
|    ERIEKA DANCY, | ] | Case No. 12-30392 |
|                Debtor. | ] | Hon. Janet S. Baer |

### NOTICE OF MOTION

TO: ALL ECF REGISTRANTS and by FIRST CLASS MAIL TO:
    Erieka Dancy, 2334 E 70th Place, Unit 2n, Chicago IL 60649
    W. Henry Clerke IV, 630 Village Trace, Building 15, Suite E, Marietta GA 30067
    Blue Cross Blue Shield, Attention: Corporate Reimbursement Subrogation
    3200 Robins Road, Springfield, Illinois 62704
    Prestige Chiropractic, 7141 S. Jeffery Blvd., Suite 12, Chicago, IL 60649
    ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

    PLEASE TAKE NOTICE that the undersigned has filed the attached **TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND APPLICATION FOR FINAL COMPENSATION TO PERSONAL INJURY COUNSEL**, and said motion shall be heard on **MAY 14, 2014**, at the hour of **9:30AM** before the Honorable Janet S. Baer, or any judge sitting in her stead, in the Dirksen Federal Building, 219 S Dearborn St, Room 615 Chicago IL, at which time and place you may appear. A copy of the motion is attached hereto.

                                                  DEBORAH K. EBNER,

                                        By:     /s/ Deborah K. Ebner
                                                Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

### CERTIFICATE OF SERVICE

    I, DEBORAH K. EBNER, hereby certify that on April 22, 2014, I caused copies of this Notice and attached Motion to be served upon the parties listed on the attached mailing matrix by mailing same in a postage-prepaid envelope and by electronically serving all ECF Registrants by means of the ECF Filing System.

                                                               /s/ Deborah K. Ebner
                                                               Deborah K. Ebner

```
Label Matrix for local noticing          BANK OF AMERICA, N.A.                   JPMorgan Chase Bank, N.A.
0752-1                                   c/o Codilis & Associates, P.C.          AZ1-1191
Case 12-30392                            15W030 North Frontage Road, Suite 100   201 N. Central Ave.
Northern District of Illinois            Burr Ridge, IL 60527-6921               Phoenix, AZ 85004-0073
Chicago
Tue Apr 22 14:40:00 CDT 2014

U.S. Bankruptcy Court                    Bank Of America, N.A.                   Bank of America
Eastern Division                         450 American St                         BAC Home Loans Servicing, LP
219 S Dearborn                           Simi Valley, CA 93065-6285              P.O. Box 650225
7th Floor                                                                        Dallas, TX 75265-0225
Chicago, IL 60604-1702


Capital One                              (p)CAPITAL ONE                          Capital One Bank (USA), N.A.
P.O. Box 70886                           PO BOX 30285                            by American InfoSource LP as agent
Charlotte, NC 28272-0886                 SALT LAKE CITY UT 84130-0285            PO Box 71083
                                                                                 Charlotte, NC  28272-1083


Capital One/Menards                      Chase                                   Chase
Po Box 5253                              Cardmember Service                      Po Box 15298
Carol Stream, IL 60197-5253              P.O. Box 15153                          Wilmington, DE 19850-5298
                                         Wilmington, DE 19886-5153


Chase                                    Chase Auto                              (p)FIFTH THIRD BANK
Po Box 901076                            Po Box 901076                           MD# ROPS05 BANKRUPTCY DEPT
Ft Worth, TX 76101-2076                  Fort Worth, TX 76101-2076               1850 EAST PARIS SE
                                                                                 GRAND RAPIDS MI 49546-6253


Fifth Third Bank                         GE Capital Retail Bank                  Gecrb/Sams Club
BK Dpmt. Mail Drop RSCB3E                Attn: Bankruptcy Dmpt.                  Po Box 981400
1830 E. Paris Avenue Southeast           PO Box 103104                           El Paso, TX 79998-1400
Grand Rapids, MI 49546-6253              Roswell, GA 30076-9104


Home Depot Credit Services               Quantum3 Group LLC as agent for         Sam's Club
Processing Center                        Comenity Bank                           PO Box 530942
Des Moines, IA 50364-0500                PO Box 788                              Atlanta, GA 30353-0942
                                         Kirkland, WA  98083-0788


Thd/Cbna                                 Value City Furniture                    WFNNB
Po Box 6497                              1 Countryside Plaza, Ste. 300           Bankruptcy Department
Sioux Falls, SD 57117-6497               La Grange, IL 60525-3966                P.O. Box 2974
                                                                                 Mission, KS 66201-1374


WFNNB/Value City                         Wfnnb/Valucityroomstod                  Deborah Kanner Ebner
P.O. Box 659704                          Po Box 182789                           11 E Adams St
San Antonio, TX 78265-9704               Columbus, OH 43218-2789                 Suite 904
                                                                                 Chicago, IL 60603-6306


Deborah K. Ebner                         Erieka Dancy                            Glenn Betancourt
Law Offices of Deborah K. Ebner          2334 E. 70th Place, Unit 2N             Rogoff & Betancourt, P.C.
11 E. Adams, Ste. 800                    Chicago, IL 60649-2202                  2720 South Des Plaines River Road
Chicago, IL 60603-6324                                                           Suite 150
                                                                                 Des Plaines, IL 60018
```

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
Po Box 85520
Richmond, VA 23285

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Henry W Clerke

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ] | Chapter 7 Case |
| ERIEKA DANCY, | ] | Case No. 12-30392 |
| Debtor. | ] | Hon. Janet S. Baer |

**TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND**
**APPLICATION FOR FINAL COMPENSATION TO PERSONAL INJURY COUNSEL**

Deborah K. Ebner, Trustee for the Estate of Erieka Dancy, by and through her attorney, the Law Office of Deborah K. Ebner, presents her Motion to Approve Settlement and Application for Final Compensation to Special Counsel. In support of her Motion, the Trustee respectfully states as follows:

1. Erieka Dancy (hereinafter referred to as the "Debtor") filed her voluntary chapter 7 bankruptcy petition on or about July 31, 2012.

2. Deborah K. Ebner is the duly appointed and acting Trustee of the Debtor's chapter 7 case.

3. Property of the Debtor's Estate includes the Debtor's the right to pursue damages incurred by Ms. Dancy arising from a May 24, 2012 slip and fall injury at Hartsfield-Jackson Atlanta International Airport.

4. On April 22, 2014, this Court entered its Order authorizing Trustee to retain Debtor's personal injury counsel W. Henry Clerke, IV of the Law Offices of Bryan & Clerke, PA, as special counsel to pursue the Lawsuit (the "Special Counsel"). The terms of Special Counsel's retention by the Estate were similar to its retention by the Debtor, namely fees due equal to 33 and 1/3 of the gross recovery by pre-suit settlement or 40% of the gross recovery in the event suit is filed. A copy of the Attorney-Client Fee Agreement between Special Counsel and the Debtor is attached hereto and incorporated herein as **Exhibit A.**

5. The (Proposed) Special Counsel has been diligently negotiating with the representatives of Hartsfield-Jackson Atlanta International Airport in order to settle the dispute. Special Counsel has advised Trustee of receipt of an offer of $52,350.00, in total, for full and final resolution of all claims of the Debtor and the Estate against all parties for damages arising from the incident. Special Counsel has provided a writing to Trustee that explains his reasons for recommending the $52,350.00 settlement. Attached as **Exhibit B** is a detailed explanation of Special Counsel's position as to the merits of settling this case as proposed. Trustee has reviewed the writing, spoken with Special Counsel, and, in the exercise of her business judgment, recommends to the Court that the offer be accepted. The statute of limitations for filing suit expires May 24, 2014. As a result, Trustee recommends a prompt ruling.

6. There are two known medical liens against the settlement. Those liens are in favor of insurer Cross/Blue Shield ("Insurer") and Prestige Chiropractic. Insurer has agreed to reduce its lien claim from $4,891.73 to $3,260.82. The Prestige Chiropractic lien is in the amount of $40.00.

7. In addition to the foregoing, Special Counsel seeks payment of his fees and costs advanced pursuant to the Attorney-Client Fee Agreement and anticipated employment by the Estate. Special Counsel seeks an award of attorneys' fees in the amount of $17,450.00 and reimbursement of costs advanced in the amount of $205.79. A detailed itemization of expenses is attached hereto and incorporated as **Exhibit C**.

**Relief Requested**

8. Trustee asks the Court to enter the Order approving the Settlement.

9. The Court has broad discretion under Fed. R. Bankr. P. 9019(a) to approve the described settlement, provided that it is in the best interests of the Debtor's estates. *See In re*

*American Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987). The Court need not, however, "conclusively determine claims subject to compromise, nor find that the settlement constitutes the best result obtainable." *In re Apex Oil Co.,* 92 B.R. 847, 867 (Bankr. E.D. Mo. 1988) (citing *In re W.T. Grant Co.*, 699 F.2d 599, 613 (2d Cir. 1983)). Similarly, "a precise determination of likely outcomes is not required, since 'an exact judicial determination of the values in issue would defeat the purpose of compromising the claim.'" *In re Telesphere Communications*, 179 B.R. 544, 553 (Bankr. N.D. Ill. 1994) (quoting *In re Energy Co-Op, Inc.*, 886 F. 2d 921, 929 (7th Cir. 1989)). All that is required is for the Court to "canvass the issues to determine that the settlement does not fall 'below the lowest point in the range of reasonableness.'" *Apex Oil,* 92 B.R. at 867 (citation omitted).

10. In assessing a proposed compromise, the Court must consider: (i) the estate's probability of success in the litigation; (ii) the cost and complexity of the litigation; and (iii) the creditors' view on the settlement, although such views are not controlling. *American Reserve,* 841 F.2d at 161-62; *Apex Oil*, 92 B.R. at 867.

## **Notice**

11. This Motion has been filed electronically, and notice thereof will be provided electronically on the date hereof, via the court's CM/ECF system, to (a) counsel for the Debtor, (b) counsel for the United States Trustee, and (c) entities, or their counsel, who have filed a notice of appearance through the Court's CM/ECF system. Additionally, this Motion will be served on all creditors listed on the Creditor Mailing Matrix via U.S. Mail, as well as, lien claimants Blue Cross/Blue Shield and Prestige Chiropractic. Trustee asks the Court to find that such notice is sufficient and to approve the same under Fed. R. Bankr. P. 9007.

**WHEREFORE,** Deborah K. Ebner, Trustee for the Estate of Erieka Dancy, respectfully requests that the Court enter an order attached hereto granting this motion (i) granting this Motion; (ii) approving as a settlement in the amount of $52,350.00; (iii) authorizing a settlement with Blue Cross/Blue Shield in the amount of $3,260.82; (iv) authorizing a settlement with Prestige Chiropractic in the amount of $40.00; (v) awarding and authorizing payment of the following costs and fees by Trustee upon receipt of the settlement proceeds:

    Fees:  $17,450

    Expenses:  $205.79

(vi) and finding that notice of the Trustee's motion is sufficient as given; and (vii) granting the Trustee such other and further relief as this Court may deem just and proper.

    Respectfully submitted,
    Deborah K. Ebner, not individually, but as
    Trustee for the Estate of Erieka Dancy,

    By:    /s/Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838