# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DANCY, ERIEKA                                       Case No. 12-30392
                                                           Chapter  7
_____,
                    Debtor

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2012. The undersigned trustee was appointed on July 31, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $          52,350.00

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 3,300.82 |
   | Administrative expenses | 17,655.79 |
   | Bank service fees | 10.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $ 16,383.39 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/16/2014 and the deadline for filing governmental claims was 06/16/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,355.39. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,355.39, for a total compensation of $4,355.39.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $130.71, for total expenses of $130.71.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2014     By: /s/DEBORAH K. EBNER, Trustee
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-30392  
**Case Name:** DANCY, ERIEKA

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 07/31/12 (f)  
**§341(a) Meeting Date:** 09/20/12  

**Period Ending:** 06/17/14  

**Claims Bar Date:** 06/16/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2334 E. 70th Place, #2N, Chicago, Illinois 60649 | 30,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account held by JPMorgan Chase Bank | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account held by JPMorgan Chase Bank | 130.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account held by 5/3 Bank | 30.00 | 0.00 | | 0.00 | FA |
| 5 | Credit Union Account - North Side L Federal Cre | 100.00 | 0.00 | | 0.00 | FA |
| 6 | TV's, DVD Player, stereo, beds, futon, couch, lo | 1,850.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor's clothes | Unknown | 0.00 | | 0.00 | FA |
| 8 | Chesapeake Term Insurance Policy - | Unknown | 0.00 | | 0.00 | FA |
| 9 | Work Group Term Insurance Policy - | Unknown | 0.00 | | 0.00 | FA |
| 10 | Federal Employee Pension Plan | Unknown | 0.00 | | 0.00 | FA |
| 11 | Personal Injury Claim Pending | Unknown | 0.00 | | 52,350.00 | FA |
| 12 | 2008 Subaru Forester Sport with 27,000 miles | 18,000.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets** **Totals** (Excluding unknown values) | **$50,910.00** | **$0.00** | | **$52,350.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Preference and fraudulent litigation; adversary being pursued

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** December 31, 2016

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-30392  
**Case Name:** DANCY, ERIEKA  
**Taxpayer ID #:** **-***2877  
**Period Ending:** 06/17/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/14 | {11} | Global Aerospace, Inc. | | 1129-000 | 50,000.00 | | 50,000.00 |
| 05/27/14 | {11} | W. Henry Clerke IV | Balance from Client Fund Account | 1129-000 | 2,350.00 | | 52,350.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 52,340.00 |
| 06/03/14 | 101 | Blue Cross Blue Shield | Payment approved per Order entered 5/15/14 - Docket 29 | 4220-000 | | 3,260.82 | 49,079.18 |
| 06/03/14 | 102 | Prestige Chiropractic | Payment approved per Order entered 5/15/14 - Docket 29 | 4220-000 | | 40.00 | 49,039.18 |
| 06/03/14 | 103 | W. Henry Clerke, Esq | Payment approved per Order entered 5/15/14 - Docket 29 | 3210-600 | | 17,450.00 | 31,589.18 |
| 06/03/14 | 104 | Henry Clerke | Payment approved per Order entered 5/15/14 - Docket 29 | 3220-610 | | 205.79 | 31,383.39 |
| 06/03/14 | 105 | Erieka Dancy | Exemption | 8100-002 | | 15,000.00 | 16,383.39 |
| | | | **ACCOUNT TOTALS** | | 52,350.00 | 35,966.61 | **$16,383.39** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,350.00 | 35,966.61 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$52,350.00** | **$20,966.61** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1266 | 52,350.00 | 20,966.61 | 16,383.39 |
| | $52,350.00 | $20,966.61 | $16,383.39 |

{} Asset reference(s)

Printed: 06/17/2014 09:10 PM    V.13.15

Printed: 06/17/14 09:10 PM

# Claims Distribution Register

Page: 1

**Case: 12-30392   DANCY, ERIEKA**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| EXEMPTIO | 07/31/12 | 100 | Erieka Dancy<br>&lt;8100-00   Exemptions&gt; | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| NOTFILED | 07/31/12 | 100 | Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/31/12 | 100 | Chase<br>Po Box 901076<br>Ft Worth, TX 76101<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/31/12 | 100 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/31/12 | 100 | Wfnnb/Valucityroomstod<br>Po Box 182789<br>Columbus, OH 43218<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PERORDER | 07/31/12 | 100 | Blue Cross Blue Shield<br>c/o Health Care Service Corporation<br>25552 Network Place<br>Chicago, IL 60673<br>&lt;4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)&gt;<br>Payment approved per Order entered 5/15/14 - Docket 29 | 3,260.82 | 3,260.82 | 3,260.82 | 0.00 | 0.00 |
| PERORDER | 07/31/12 | 100 | Prestige Chiropractic<br>7141South Jeffrey Blvd.<br>Chicago, IL 60649<br>&lt;4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)&gt;<br>Payment authorized per BK Court Order entered 5/15/14 | 40.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   100% Paid** | **$18,300.82** | **$18,300.82** | **$18,300.82** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$18,300.82** | **$18,300.82** | **$18,300.82** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/31/12 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>&lt;2100-00   Trustee Compensation&gt;<br>[Updated by Surplus to Debtor Report based on Net Estate Value: 36053.90] | 4,355.39 | 4,355.39 | 0.00 | 4,355.39 | 4,355.39 |

Printed: 06/17/14 09:10 PM  **Claims Distribution Register**  Page: 2

### Case: 12-30392   DANCY, ERIEKA

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| | 07/31/12 | 200 | W. Henry Clerk, Esq<br>Bryman & Clerke, PA<br>630 Village trace Building 15, Suite E<br>Atlanta, GA 30067<br><3210-60  Special Counsel for Trustee Fees><br>Per Order entered 5/15/14 | 17,450.00 | 17,450.00 | 17,450.00 | 0.00 | 0.00 |
| | 07/31/12 | 200 | Henry Clerke<br>Bryman & Clerke<br>630 Village trace Building 15 Suite E<br>Marietta, GA 30067<br><3220-61  Special Counsel for Trustee Expenses><br>Per Order entered 5/15/14 | 205.79 | 205.79 | 205.79 | 0.00 | 0.00 |
| | 07/31/12 | 200 | Deborah K. Ebner, ESQ.<br>11 East Adams Suite 904<br>Chicago, IL 60603<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 2,212.00 | 2,212.00 | 0.00 | 2,212.00 | 2,212.00 |
| | 07/31/12 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br><2200-00  Trustee Expenses> | 130.71 | 130.71 | 0.00 | 130.71 | 130.71 |
| | | | **Total for Priority 200:   100% Paid** | **$24,353.89** | **$24,353.89** | **$17,655.79** | **$6,698.10** | **$6,698.10** |
| | | | **Total for Admin Ch. 7 Claims:** | **$24,353.89** | **$24,353.89** | **$17,655.79** | **$6,698.10** | **$6,698.10** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 1I | 03/20/14 | 640 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>P.O. Box 788<br>Kirkland, WA 98083-0788<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 0.67 | 0.67 | 0.00 | 0.67 | 0.67 |
| 2I | 04/11/14 | 640 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 7.02 | 7.02 | 0.00 | 7.02 | 7.02 |
| 3I | 06/08/14 | 640 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 6.48 | 6.48 | 0.00 | 6.48 | 6.48 |
| 4I | 06/09/14 | 640 | PYOD, LLC its successors as assignee<br>of Citibank So.DakotaNA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 12.55 | 12.55 | 0.00 | 12.55 | 12.55 |
| | | | **Total for Priority 640:   100% Paid** | **$26.72** | **$26.72** | **$0.00** | **$26.72** | **$26.72** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Printed: 06/17/14 09:10 PM | | | **Claims Distribution Register** | | | | | Page: 3 |

**Case: 12-30392    DANCY, ERIEKA**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| SURPLUS | 07/31/12 | 650 | DANCY, ERIEKA<br>2334 E. 70TH PLACE, UNIT 2N<br>CHICAGO, IL 60649<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 1,296.10 | 1,296.10 | 0.00 | 1,296.10 | 1,296.10 |
| | | **Priority 650:** | **100% Paid** | | | | | |
| 1 | 03/20/14 | 810 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>P.O. Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 209.78 | 209.78 | 0.00 | 209.78 | 209.78 |
| 2 | 04/11/14 | 810 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)> | 2,197.15 | 2,197.15 | 0.00 | 2,197.15 | 2,197.15 |
| 3 | 06/08/14 | 810 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 2,029.10 | 2,029.10 | 0.00 | 2,029.10 | 2,029.10 |
| 4 | 06/09/14 | 810 | PYOD, LLC its successors as assignee<br>of Citibank So.DakotaNA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 3,926.44 | 3,926.44 | 0.00 | 3,926.44 | 3,926.44 |
| NOTFILED | 07/31/12 | 810 | Capital One/Menards<br>Po Box 5253<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/31/12 | 810 | Chase<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/31/12 | 810 | Chase<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/31/12 | 810 | Home Depot Credit Services<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Total for Priority 810:   100% Paid** | | **$8,362.47** | **$8,362.47** | **$0.00** | **$8,362.47** | **$8,362.47** |
| | | | **Total for Unsecured Claims:** | **$9,685.29** | **$9,685.29** | **$0.00** | **$9,685.29** | **$9,685.29** |
| | | | **Total for Case :** | **$52,340.00** | **$52,340.00** | **$35,956.61** | **$16,383.39** | **$16,383.39** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.: 12-30392
Case Name: DANCY, ERIEKA
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:**                                  $          16,383.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $           0.00
Remaining balance:                       $      16,383.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 4,355.39 | 0.00 | 4,355.39 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 130.71 | 0.00 | 130.71 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,212.00 | 0.00 | 2,212.00 |

Total to be paid for chapter 7 administration expenses:   $       6,698.10
Remaining balance:                                        $       9,685.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:                                            $       9,685.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 9,685.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,362.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | 209.78 | 0.00 | 209.78 |
| 2 | Capital One Bank (USA), N.A. | 2,197.15 | 0.00 | 2,197.15 |
| 3 | Capital Recovery V, LLC | 2,029.10 | 0.00 | 2,029.10 |
| 4 | PYOD, LLC its successors as assignee of Citibank So.DakotaNA | 3,926.44 | 0.00 | 3,926.44 |

|   | Total to be paid for timely general unsecured claims: | $ | 8,362.47 |
|---|---|---|---|
|   | Remaining balance: | $ | 1,322.82 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 1,322.82 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: **$**            0.00
Remaining balance:                          **$**        1,322.82

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $26.72.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,296.10.

**UST Form 101-7-TFR (05/1/2011)**