**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: DANCY, ERIEKA                                           §   Case No. 12-30392
                                                               §
                                                               §
                                                               §
Debtor(s)                                                      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>DEBORAH K. EBNER, Trustee        </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 08/05/2014 in Courtroom 615, United States Courthouse,
219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


   Date Mailed: <u>06/26/2014      </u>   By: <u>/s/DEBORAH K. EBNER            </u>
                                                          Trustee

   DEBORAH K. EBNER, Trustee
   11 EAST ADAMS STREET
   SUITE 904
   CHICAGO, IL  60603
   (312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: DANCY, ERIEKA | § | Case No. 12-30392 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 52,350.00 |
| *and approved disbursements of* | $ 35,966.61 |
| *leaving a balance on hand of* [1] | $ 16,383.39 |
| **Balance on hand:** | $ 16,383.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 16,383.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 4,355.39 | 0.00 | 4,355.39 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 130.71 | 0.00 | 130.71 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,212.00 | 0.00 | 2,212.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,698.10 |
| Remaining balance: | $ 9,685.29 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,685.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,685.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,362.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | 209.78 | 0.00 | 209.78 |
| 2 | Capital One Bank (USA), N.A. | 2,197.15 | 0.00 | 2,197.15 |
| 3 | Capital Recovery V, LLC | 2,029.10 | 0.00 | 2,029.10 |
| 4 | PYOD, LLC its successors as assignee of Citibank So.DakotaNA | 3,926.44 | 0.00 | 3,926.44 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,362.47 |
| Remaining balance: | $ | 1,322.82 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,322.82 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 1,322.82 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $26.72. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,296.10.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                  Case No. 12-30392-JSB
Erieka Dancy                                                            Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: froman                 Page 1 of 2                  Date Rcvd: Jun 30, 2014
                               Form ID: pdf006              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2014.
db             #+Erieka Dancy,    2334 E. 70th Place, Unit 2N,    Chicago, IL 60649-2202
19258502        +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
19258501         Bank of America,    BAC Home Loans Servicing, LP,    P.O. Box 650225,    Dallas, TX 75265-0225
19258503       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
19258504        +Capital One,    P.O. Box 70886,    Charlotte, NC 28272-0886
21785381         Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
19258505        +Capital One/Menards,    Po Box 5253,    Carol Stream, IL 60197-5253
19258507        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19258509         Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
19258512       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                  GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45263)
19258513        +Fifth Third Bank,    BK Dpmt. Mail Drop RSCB3E,    1830 E. Paris Avenue Southeast,
                  Grand Rapids, MI 49546-6253
19258516         Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
19258518        +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19258519        +Value City Furniture,    1 Countryside Plaza, Ste. 300,    La Grange, IL 60525-3966
19258522         WFNNB/Value City,    P.O. Box 659704,    San Antonio, TX 78265-9704
19258521        +Wfnnb/Valucityroomstod,    Po Box 182789,    Columbus, OH 43218-2789
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22027833         E-mail/PDF: rmscedi@recoverycorp.com Jul 01 2014 01:47:34     Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19258506        +E-mail/Text: bk.notifications@jpmchase.com Jul 01 2014 01:39:17     Chase,    Po Box 901076,
                  Ft Worth, TX 76101-2076
19258511        +E-mail/Text: bk.notifications@jpmchase.com Jul 01 2014 01:39:17     Chase Auto,    Po Box 901076,
                  Fort Worth, TX 76101-2076
19258514        +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2014 01:45:23     GE Capital Retail Bank,
                  Attn: Bankruptcy Dmpt.,    PO Box 103104,    Roswell, GA 30076-9104
19258515        +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2014 01:47:31     Gecrb/Sams Club,    Po Box 981400,
                  El Paso, TX 79998-1400
22029370        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2014 01:46:16
                  PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21684694         E-mail/Text: bnc-quantum@quantum3group.com Jul 01 2014 01:39:31
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
19258517         E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2014 01:47:32     Sam's Club,    PO Box 530942,
                  Atlanta, GA 30353-0942
                                                                                              TOTAL: 8
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19258508*       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19258510*        Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
19258520       ##+WFNNB,    Bankruptcy Department,    P.O. Box 2974,    Mission, KS 66201-1374
                                                                                   TOTALS: 0, * 2, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: froman              Page 2 of 2            Date Rcvd: Jun 30, 2014
                              Form ID: pdf006           Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2014 at the address(es) listed below:
              Deborah   Kanner Ebner    on behalf of Spec. Counsel Henry W Clerke dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah   Kanner Ebner    on behalf of Attorney Deborah K. Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah   Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah   Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Glenn  Betancourt    on behalf of Debtor Erieka  Dancy courtburg1@comcast.net
              Gloria C  Tsotsos    on behalf of Creditor    BANK OF AMERICA, N.A. nd-two@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7