## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ] | Chapter 7 Case |
| ERIEKA DANCY | ] | Case No. 12-30392 |
| Debtor. | ] | Hon. Janet S. Baer |

### NOTICE OF HEARING

TO:  ALL ECF REGISTRANTS;
and by First Class Mail to:
Erieka Dancy, 2334 E 70th Place, Unit 2N, Chicago IL 60649; and
ALL PARTIES ON THE ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on **AUGUST 19, 2014**, at **10:00 A.M.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer, Room 615, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**, (copies of which were previously served upon you), at which time and place you may appear as you see fit.

Dated: July 14, 2014                                Deborah K. Ebner, not individually,
                                                    but as Chapter 7 Trustee,

                                            By:    /s/ Deborah K. Ebner
                                                    Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

### CERTIFICATE OF SERVICE

I, DEBORAH K. EBNER, hereby certify that on July 14, 2014, I caused copies of this Notice to be served via First Class Mail to the persons listed above and on the attached Mailing Matrix and electronically to those registered to receive such notice for this case through the Court's ECF filing system.

                                                    /s/ Deborah K. Ebner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-30392<br>Northern District of Illinois<br>Chicago<br>Tue Apr 22 14:40:00 CDT 2014 | BANK OF AMERICA, N.A.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | JPMorgan Chase Bank, N.A.<br>AZ1-1191<br>201 N. Central Ave.<br>Phoenix, AZ 85004-0073 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America<br>BAC Home Loans Servicing, LP<br>P.O. Box 650225<br>Dallas, TX 75265-0225 |
| Capital One<br>P.O. Box 70886<br>Charlotte, NC 28272-0886 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One/Menards<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Chase<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>Po Box 901076<br>Ft Worth, TX 76101-2076 | Chase Auto<br>Po Box 901076<br>Fort Worth, TX 76101-2076 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| Fifth Third Bank<br>BK Dpmt. Mail Drop RSCB3E<br>1830 E. Paris Avenue Southeast<br>Grand Rapids, MI 49546-6253 | GE Capital Retail Bank<br>Attn: Bankruptcy Dmpt.<br>PO Box 103104<br>Roswell, GA 30076-9104 | Gecrb/Sams Club<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Home Depot Credit Services<br>Processing Center<br>Des Moines, IA 50364-0500 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sam's Club<br>PO Box 530942<br>Atlanta, GA 30353-0942 |
| Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Value City Furniture<br>1 Countryside Plaza, Ste. 300<br>La Grange, IL 60525-3966 | WFNNB<br>Bankruptcy Department<br>P.O. Box 2974<br>Mission, KS 66201-1374 |
| WFNNB/Value City<br>P.O. Box 659704<br>San Antonio, TX 78265-9704 | Wfnnb/Valucityroomstod<br>Po Box 182789<br>Columbus, OH 43218-2789 | Deborah Kanner Ebner<br>11 E Adams St<br>Suite 904<br>Chicago, IL 60603-6306 |
| Deborah K. Ebner<br>Law Offices of Deborah K. Ebner<br>11 E. Adams, Ste. 800<br>Chicago, IL 60603-6324 | Erieka Dancy<br>2334 E. 70th Place, Unit 2N<br>Chicago, IL 60649-2202 | Glenn Betancourt<br>Rogoff & Betancourt, P.C.<br>2720 South Des Plaines River Road<br>Suite 150<br>Des Plaines, IL 60018 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
Po Box 85520
Richmond, VA 23285

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Henry W Clerke

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31