# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: DANCY, ERIEKA  Case No. 12-30392
  Chapter 7
_____,
  Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $50,910.00  Assets Exempt: $36,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,690.01  Claims Discharged
  Without Payment: $12,068.99

Total Expenses of Administration: $24,363.89

---

  3) Total gross receipts of $ 52,350.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 16,296.10 (see **Exhibit 2**), yielded net receipts of $36,053.90 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $116,867.00 | $3,300.82 | $3,300.82 | $3,300.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,363.89 | 24,363.89 | 24,363.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,163.04 | 8,389.19 | 8,389.19 | 8,389.19 |
| **TOTAL DISBURSEMENTS** | $137,030.04 | $36,053.90 | $36,053.90 | $36,053.90 |

    4) This case was originally filed under Chapter 7 on July 31, 2012. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2014          By: /s/DEBORAH K. EBNER, Trustee
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

Case 12-30392    Doc 39    Filed 11/25/14    Entered 11/25/14 14:07:40    Desc Main
Document      Page 3 of 10

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim Pending | 1129-000 | 52,350.00 |
| **TOTAL GROSS RECEIPTS** | | **$52,350.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Erieka Dancy | Exemption | 8100-002 | 15,000.00 |
| DANCY, ERIEKA | Dividend paid 100.00% on $1,296.10; Claim# SURPLUS; Filed: $1,296.10; Reference: | 8200-002 | 0.00 |
| DANCY, ERIEKA | Dividend paid 100.00% on $1,296.10; Claim# SURPLUS; Filed: $1,296.10; Reference: | 8200-002 | 1,296.10 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,296.10** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wfnnb/Valucityroomstod | 4110-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 12,638.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 57,517.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 46,552.00 | N/A | N/A | 0.00 |
| PERORDER | Prestige Chiropractic | 4220-000 | N/A | 40.00 | 40.00 | 40.00 |
| PERORDER | Blue Cross Blue Shield | 4220-000 | N/A | 3,260.82 | 3,260.82 | 3,260.82 |
| **TOTAL SECURED CLAIMS** | | | **$116,867.00** | **$3,300.82** | **$3,300.82** | **$3,300.82** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 4,355.39 | 4,355.39 | 4,355.39 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 130.71 | 130.71 | 130.71 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 2,212.00 | 2,212.00 | 2,212.00 |
| W. Henry Clerk, Esq | 3210-600 | N/A | 17,450.00 | 17,450.00 | 17,450.00 |
| Henry Clerke | 3220-610 | N/A | 205.79 | 205.79 | 205.79 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $24,363.89 | $24,363.89 | $24,363.89 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | 62.05 | 209.78 | 209.78 | 209.78 |
| 1I | Quantum3 Group LLC as agent for Comenity Bank | 7990-000 | N/A | 0.67 | 0.67 | 0.67 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 2,197.00 | 2,197.15 | 2,197.15 | 2,197.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 7.02 | 7.02 | 7.02 |
| 3 | Capital Recovery V, LLC | 7100-000 | 2,029.00 | 2,029.10 | 2,029.10 | 2,029.10 |
| 3I | Capital Recovery V, LLC | 7990-000 | N/A | 6.48 | 6.48 | 6.48 |
| 4 | PYOD, LLC its successors as assignee of Citibank | 7100-000 | 3,806.00 | 3,926.44 | 3,926.44 | 3,926.44 |
| 4I | PYOD, LLC its successors as assignee of Citibank | 7990-000 | N/A | 12.55 | 12.55 | 12.55 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 3,476.62 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,139.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,203.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One/Menards | 7100-000 | 1,250.37 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,163.04 | $8,389.19 | $8,389.19 | $8,389.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-30392  
**Case Name:** DANCY, ERIEKA  

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 07/31/12 (f)  
**§341(a) Meeting Date:** 09/20/12  

**Period Ending:** 10/26/14  
**Claims Bar Date:** 06/16/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2334 E. 70th Place, #2N, Chicago, Illinois 60649 | 30,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account held by JPMorgan Chase Bank | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account held by JPMorgan Chase Bank | 130.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account held by 5/3 Bank | 30.00 | 0.00 | | 0.00 | FA |
| 5 | Credit Union Account - North Side L Federal Cre | 100.00 | 0.00 | | 0.00 | FA |
| 6 | TV's, DVD Player, stereo, beds, futon, couch, lo | 1,850.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor's clothes | Unknown | 0.00 | | 0.00 | FA |
| 8 | Chesapeake Term Insurance Policy - | Unknown | 0.00 | | 0.00 | FA |
| 9 | Work Group Term Insurance Policy - | Unknown | 0.00 | | 0.00 | FA |
| 10 | Federal Employee Pension Plan | Unknown | 0.00 | | 0.00 | FA |
| 11 | Personal Injury Claim Pending | Unknown | 0.00 | | 52,350.00 | FA |
| 12 | 2008 Subaru Forester Sport with 27,000 miles | 18,000.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$50,910.00** | **$0.00** | | **$52,350.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report filed 6/26/14

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** June 26, 2014 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-30392  
**Case Name:** DANCY, ERIEKA  
**Taxpayer ID #:** **-***2877  
**Period Ending:** 10/26/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/14 | {11} | Global Aerospace, Inc. | Settlement | 1129-000 | 50,000.00 | | 50,000.00 |
| 05/27/14 | {11} | W. Henry Clerke IV | Balance from Client Fund Account | 1129-000 | 2,350.00 | | 52,350.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 52,340.00 |
| 06/03/14 | 101 | Blue Cross Blue Shield | Payment approved per Order entered 5/15/14 - Docket 29 | 4220-000 | | 3,260.82 | 49,079.18 |
| 06/03/14 | 102 | Prestige Chiropractic | Payment approved per Order entered 5/15/14 - Docket 29 | 4220-000 | | 40.00 | 49,039.18 |
| 06/03/14 | 103 | W. Henry Clerke, Esq | Payment approved per Order entered 5/15/14 - Docket 29 | 3210-600 | | 17,450.00 | 31,589.18 |
| 06/03/14 | 104 | Henry Clerke | Payment approved per Order entered 5/15/14 - Docket 29 | 3220-610 | | 205.79 | 31,383.39 |
| 06/03/14 | 105 | Erieka Dancy | Exemption | 8100-002 | | 15,000.00 | 16,383.39 |
| 08/14/14 | 106 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $4,355.39, Trustee Compensation; Reference: Voided: check issued on 08/19/14 | 2100-000 | | -4,355.39 | 20,738.78 |
| 08/14/14 | 107 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,212.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 08/19/14 | 3110-000 | | -2,212.00 | 22,950.78 |
| 08/14/14 | 108 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $130.71, Trustee Expenses; Reference: Voided: check issued on 08/19/14 | 2200-000 | | -130.71 | 23,081.49 |
| 08/14/14 | 109 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $0.67; Claim# 1I; Filed: $0.67; Reference: Voided: check issued on 08/19/14 | 7990-000 | | -0.67 | 23,082.16 |
| 08/14/14 | 110 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $7.02; Claim# 2I; Filed: $7.02; Reference: Voided: check issued on 08/19/14 | 7990-000 | | -7.02 | 23,089.18 |
| 08/14/14 | 111 | Capital Recovery V, LLC | Dividend paid 100.00% on $6.48; Claim# 3I; Filed: $6.48; Reference: Voided: check issued on 08/19/14 | 7990-000 | | -6.48 | 23,095.66 |
| 08/14/14 | 112 | PYOD, LLC its successors as assignee of Citibank So.DakotaNA | Dividend paid 100.00% on $12.55; Claim# 4I; Filed: $12.55; Reference: Voided: check issued on 08/19/14 | 7990-000 | | -12.55 | 23,108.21 |
| 08/14/14 | 113 | DANCY, ERIEKA | Dividend paid 100.00% on $1,296.10; Claim# SURPLUS; Filed: $1,296.10; Reference: Voided: check issued on 08/19/14 | 8200-002 | | -1,296.10 | 24,404.31 |
| 08/14/14 | 114 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $209.78; Claim# 1; Filed: $209.78; Reference: Voided: check issued on 08/19/14 | 7100-000 | | -209.78 | 24,614.09 |

Subtotals:   $52,350.00   $27,735.91

{} Asset reference(s)

Printed: 10/26/2014 08:46 PM   V.13.18

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-30392  
**Case Name:** DANCY, ERIEKA  
**Taxpayer ID #:** **-***2877  
**Period Ending:** 10/26/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/14 | 115 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,197.15; Claim# 2; Filed: $2,197.15; Reference: Voided: check issued on 08/19/14 | 7100-000 | | -2,197.15 | 26,811.24 |
| 08/14/14 | 116 | Capital Recovery V, LLC | Dividend paid 100.00% on $2,029.10; Claim# 3; Filed: $2,029.10; Reference: Voided: check issued on 08/19/14 | 7100-000 | | -2,029.10 | 28,840.34 |
| 08/14/14 | 117 | PYOD, LLC its successors as assignee of Citibank So.DakotaNA | Dividend paid 100.00% on $3,926.44; Claim# 4; Filed: $3,926.44; Reference: Voided: check issued on 08/19/14 | 7100-000 | | -3,926.44 | 32,766.78 |
| 08/19/14 | 106 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $4,355.39, Trustee Compensation; Reference: Voided on 08/14/14 | 2100-000 | | 4,355.39 | 28,411.39 |
| 08/19/14 | 107 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,212.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 08/14/14 | 3110-000 | | 2,212.00 | 26,199.39 |
| 08/19/14 | 108 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $130.71, Trustee Expenses; Reference: Voided on 08/14/14 | 2200-000 | | 130.71 | 26,068.68 |
| 08/19/14 | 109 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $0.67; Claim# 1I; Filed: $0.67; Reference: Voided on 08/14/14 | 7990-000 | | 0.67 | 26,068.01 |
| 08/19/14 | 110 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $7.02; Claim# 2I; Filed: $7.02; Reference: Voided on 08/14/14 | 7990-000 | | 7.02 | 26,060.99 |
| 08/19/14 | 111 | Capital Recovery V, LLC | Dividend paid 100.00% on $6.48; Claim# 3I; Filed: $6.48; Reference: Voided on 08/14/14 | 7990-000 | | 6.48 | 26,054.51 |
| 08/19/14 | 112 | PYOD, LLC its successors as assignee of Citibank So.DakotaNA | Dividend paid 100.00% on $12.55; Claim# 4I; Filed: $12.55; Reference: Voided on 08/14/14 | 7990-000 | | 12.55 | 26,041.96 |
| 08/19/14 | 113 | DANCY, ERIEKA | Dividend paid 100.00% on $1,296.10; Claim# SURPLUS; Filed: $1,296.10; Reference: Voided on 08/14/14 | 8200-002 | | 1,296.10 | 24,745.86 |
| 08/19/14 | 114 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $209.78; Claim# 1; Filed: $209.78; Reference: Voided on 08/14/14 | 7100-000 | | 209.78 | 24,536.08 |
| 08/19/14 | 115 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,197.15; Claim# 2; Filed: $2,197.15; Reference: Voided on 08/14/14 | 7100-000 | | 2,197.15 | 22,338.93 |

Subtotals :  $0.00   $2,275.16

{} Asset reference(s)   Printed: 10/26/2014 08:46 PM   V.13.18

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-30392  
**Case Name:** DANCY, ERIEKA  
**Taxpayer ID #:** **-***2877  
**Period Ending:** 10/26/14

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/14 | 116 | Capital Recovery V, LLC | Dividend paid 100.00% on $2,029.10; Claim# 3; Filed: $2,029.10; Reference: Voided on 08/14/14 | 7100-000 | | 2,029.10 | 20,309.83 |
| 08/19/14 | 117 | PYOD, LLC its successors as assignee of Citibank So.DakotaNA | Dividend paid 100.00% on $3,926.44; Claim# 4; Filed: $3,926.44; Reference: Voided on 08/14/14 | 7100-000 | | 3,926.44 | 16,383.39 |
| 08/19/14 | 118 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $4,355.39, Trustee Compensation; Reference: | 2100-000 | | 4,355.39 | 12,028.00 |
| 08/19/14 | 119 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,212.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,212.00 | 9,816.00 |
| 08/19/14 | 120 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $130.71, Trustee Expenses; Reference: | 2200-000 | | 130.71 | 9,685.29 |
| 08/19/14 | 121 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $0.67; Claim# 1I; Filed: $0.67; Reference: | 7990-000 | | 0.67 | 9,684.62 |
| 08/19/14 | 122 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $7.02; Claim# 2I; Filed: $7.02; Reference: | 7990-000 | | 7.02 | 9,677.60 |
| 08/19/14 | 123 | Capital Recovery V, LLC | Dividend paid 100.00% on $6.48; Claim# 3I; Filed: $6.48; Reference: | 7990-000 | | 6.48 | 9,671.12 |
| 08/19/14 | 124 | PYOD, LLC its successors as assignee of Citibank So.DakotaNA | Dividend paid 100.00% on $12.55; Claim# 4I; Filed: $12.55; Reference: | 7990-000 | | 12.55 | 9,658.57 |
| 08/19/14 | 125 | DANCY, ERIEKA | Dividend paid 100.00% on $1,296.10; Claim# SURPLUS; Filed: $1,296.10; Reference: | 8200-002 | | 1,296.10 | 8,362.47 |
| 08/19/14 | 126 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 100.00% on $209.78; Claim# 1; Filed: $209.78; Reference: | 7100-000 | | 209.78 | 8,152.69 |
| 08/19/14 | 127 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,197.15; Claim# 2; Filed: $2,197.15; Reference: | 7100-000 | | 2,197.15 | 5,955.54 |
| 08/19/14 | 128 | Capital Recovery V, LLC | Dividend paid 100.00% on $2,029.10; Claim# 3; Filed: $2,029.10; Reference: | 7100-000 | | 2,029.10 | 3,926.44 |
| 08/19/14 | 129 | PYOD, LLC its successors as assignee of Citibank So.DakotaNA | Dividend paid 100.00% on $3,926.44; Claim# 4; Filed: $3,926.44; Reference: | 7100-000 | | 3,926.44 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 52,350.00 | 52,350.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 52,350.00 | 52,350.00 | |
| Less: Payments to Debtors | | | 16,296.10 | |
| **NET Receipts / Disbursements** | | $52,350.00 | $36,053.90 | |

{} Asset reference(s)            Printed: 10/26/2014 08:46 PM    V.13.18

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 12-30392 | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | DANCY, ERIEKA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1266 - Checking Account |
| Taxpayer ID #: | **-***2877 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/26/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1266** | **52,350.00** | **36,053.90** | **0.00** |
| | **$52,350.00** | **$36,053.90** | **$0.00** |